James D. Nelson, OSB #72219
Email: jnelson@bpmlaw.com
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:    (206) 292-9988
Facsimile:    (206) 343-7053

Pam Kohli Jacobson, OSB #146059
Email: pjacobson@bpmlaw.com
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:    (206) 292-9988
Facsimile:    (206) 343-7053

Attorneys for Defendants University of Oregon,
Mia Tuan, Edward J. Kame'enui, Francis J. Fien,
and Brad Shelton

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DYNAMIC MEASUREMENT GROUP, INC., an Oregon Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF OREGON, a special governmental body as defined by ORS 174.117(1)(i); MIA TUAN, individually and in her official capacity; EDWARD J. KAME'ENUI, individually and in his official | Case No.6:14-cv-01295-TC<br><br>DECLARATION OF KELLI CUMMINGS IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

PAGE 1 – DECLARATION OF KELLI CUMMINGS

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

capacity; FRANCIS J. FIEN IV, a/k/a Hank Fein, individually and in his official capacity; BRAD SHELTON, individually and in his official capacity; and HOP SKIP TECHNOLOGIES INC., an Oregon Corporation

                Defendants.

I, Kelli Cummings, hereby state and declare as follows:

1.    I have personal knowledge of the facts set forth in this declaration and if called upon as a witness, I could and would testify competently to the facts set forth herein.

2.    I am an Assistant Professor of Special Education at the University of Maryland, College Park. I have worked in this capacity since August 2014. A true and accurate copy of my Curriculum Vitae is attached hereto as Exhibit A.

3.    Prior to my work at the University of Maryland, I worked as the Director of Measurement, Evaluation and Applications Development at the University of Oregon, Center on Teaching and Learning from 2012-2014. From 2010-2014, I worked as a Research Associate at the University of Oregon, Center of Teaching and Learning. I also worked as a Courtesy Research Associate at the University of Oregon, School of Psychology Program from 2007-2014. During my time at the University of Oregon, I worked on the research and development of DIBELS measures, and authored and co-authored numerous publications on the topic. For example, I co-authored <u>Technical Report 1101 DIBELS Data System: 2010-2011 Percentile Ranks for DIBELS Next Benchmark Assessments</u>. A true and accurate copy of this report is attached hereto as Exhibit B.

4.    Prior to my work at the University of Oregon, I worked as a Senior Research Scientist & Director of Data Analysis for Dynamic Measurement Group. During my time with

PAGE 2 – DECLARATION OF KELLI CUMMINGS

840488.docx/022615 1647/8185-0021

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Betts Patterson & Mines, P.S.

Dynamic Measurement Group, I worked on the research and development of DIBELS measures. A true and accurate copy of the February 28, 2006 letter from Ruth Kaminski and Employment Agreement with Dynamic Measurement Group is attached hereto as Exhibit C.

PAGE 3 – DECLARATION OF KELLI CUMMINGS

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

840488.docx/022615 1647/8185-0021Betts Patterson & Mines, P.S.

I hereby declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

DATED this 26 day of February, 2015 at College Park, Maryland.

*[signature]*

Kelli D. Cummings, Ph.D., NCSP

PAGE 4 – DECLARATION OF KELLI CUMMINGS

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

840488.docx/022615 1647/8185-0021Betts Patterson & Mines, P.S.