IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DYNAMIC MEASUREMENT GROUP, INC., an Oregon Corporation<br><br>　　　　　Plaintiff,<br><br>V.<br><br>UNIVERSITY OF OREGON,<br>MIA TUAN,<br>EDWARD J. KAME'ENUI,<br>FRANCIS J. FIEN IV,<br>BRAD SHELTON,<br>HOP SKIP TECHNOLOGIES, INC.,<br><br>　　　　　Defendants.<br>_____ | CASE NO: 6: 14-CV-01295-JR<br><br>ORDER |

MCSHANE, Judge:

Magistrate Judge Thomas Coffin filed a Findings and Recommendation (ECF No. 108) and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b). Defendants filed objections to the Findings and Recommendation. ECF No.115. Accordingly, I have reviewed this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the Findings and Recommendations.

1 – ORDER

Judge Coffin's Findings and Recommendation (ECF No. 108) is adopted in full.

Counterclaim-defendants' motion to dismiss, strike, or make more definite and certain (ECF No. 93) is granted in part and denied in part.

IT IS SO ORDERED.

DATED this 29th day of April, 2016.

       <u>/s/ Michael McShane</u>
       Michael McShane
       United States District Judge

2 – ORDER