**Frederick A. Batson**, OSB 821887
batson@gleaveslaw.com
GLEAVES SWEARINGEN LLP
P. O. Box 1147
Eugene, OR  97440
Phone:  (541) 686-8833
Fax: (541) 345-2034

**William S. Strong -** Admitted *Pro Hac Vice*
wstrong@kcslegal.com
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA  02114
Phone: (617) 227-7031
Fax:  (617) 367-2988

      Counsel for Plaintiff Dynamic Measurement Group, Inc., and for Dr. Roland Good and Dr. Ruth Kaminski

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **DYNAMIC MEASUREMENT GROUP, INC.,** an Oregon corporation, <br><br> **PLAINTIFF**, <br> v. <br><br> **UNIVERSITY OF OREGON,** a special governmental body as defined by ORS 174.117(1)(i); et al. <br><br> **DEFENDANTS.** | Case No.  6:14-cv-01295-JR <br><br> **JOINT ALTERNATE DISPUTE RESOLUTION REPORT** |

      Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer

regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a

JOINT ALTERNATE DISPUTE RESOLUTION REPORT – Page 1

lawsuit.  This report is submitted in compliance with LR 16-4(d) and pursuant to the Court's Order (Doc. 154).

1. Have counsel held settlement discussions with their clients and the opposing party?

   [x]  Yes          [ ]  No

   If not, provide an explanation:

   Exploratory discussions regarding possible mediation, court settlement conference and direct client discussions, have not borne fruit, as there is no agreement on when formal settlement discussions should or could occur.

2. The parties propose:  *(check one of the following)*

   [ ] (a)     That this case be referred to a neutral of their choice for ADR not sponsored by the court pursuant to LR 16-4(e)(1).

   [ ] (b)     That the court refer this case to mediation using a Court-sponsored mediator or staff mediator.  *See* LR 16-4(f) for Court-sponsored mediation procedures).  The parties seek a Court mediator because:

   [ ] (c)     ADR may be helpful at a later date following completion of:

   [ ] (d)     The parties believe the court would be of assistance in preparing for ADR by:

   [ ] (e)     The parties do not believe that any form of ADR will assist in the resolution of this case.

   ///

   ///

   ///

   ///

JOINT ALTERNATE DISPUTE RESOLUTION REPORT – Page 2

[x]  (f)            Other:

<u>The parties cannot agree on a proposal to move ADR efforts forward.</u>

DATED August 3, 2016.

                        GLEAVES SWEARINGEN LLP

By:   */s/ Frederick A. Batson*
       Frederick A. Batson, OSB 821887
       (Attorney for Plaintiff and Dr. Ruth Kaminski and
       Dr. Roland Good)
       batson@gleaveslaw.com
       GLEAVES SWEARINGEN LLP
       P. O. Box 1147
       Eugene, OR  97440
       Phone:  (541) 686-8833
       Fax:  (541) 345-2034

       OF COUNSEL:

       William S. Strong
       wstrong@kcslegal.com
       (Attorney for Plaintiff and Dr. Ruth Kaminski and
       Dr. Roland Good)
       KOTIN, CRABTREE & STRONG, LLP
       One Bowdoin Square
       Boston, MA  02114
       Phone: (617) 227-7031
       Fax:  (617) 367-2988

       Pam Kohli Jacobson
       pjacobson@bpmlaw.com
       James D. Nelson
       jnelson@bpmlaw.com
       (Attorneys for Defendants University of Oregon,
       Mia Tuan, Edward J.. Kame'enui,
       Francis J. Fien IV and Brad Shelton)
       BETTS, PATTERSON, & MINES, P.S.
       One Convention Place
       701 Pike Street, Suite 1400
       Seattle, WA  98101
       Phone: (206) 292-9988
       Fax:  (206) 343-7053

Michelle P. Bassi
mbassi@thorp-purdy.com
K.C. Huffman
kchuffman@thorp-purdy.com
Attorneys for Defendant Hop Skip Technologies, Inc.
THORP, PURDY, JEWETT, URNESS & WILKINSON, P.C.
1011 Harlow Road, Suite 300
Springfield, OR 97477
Phone: (541) 747-3354
Fax: (541) 747-3367