Pam Kohli Jacobson, OSB #146059
pam.jacobson@klgates.com
K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

James D. Nelson, OSB #72219
jnelson@bpmlaw.com
BETTS, PATTERSON, & MINES, P.S.
One Convention Place
701 Pike Street, Suite 1400
Seattle, WA 98101
Telephone: (206) 292-9988
Facsimile: (206) 343-7053

Attorneys for Defendant and Counter-claimant
University of Oregon, defendants Mia Tuan,
Edward J. Kame'enui, Francis J. Fien,
and Brad Shelton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DYNAMIC MEASUREMENT GROUP, INC., an Oregon corporation,<br><br>                                          Plaintiff,<br><br>        vs.<br><br>UNIVERSITY OF OREGON, a public university; MIA TUAN, individually and in her official capacity; EDWARD J. KAME'ENUI, individually and in his official capacity; FRANCIS J. FIEN IV, a/k/a Hank Fien, individually and in his official capacity; BRAD SHELTON, individually and in his official capacity; and HOP SKIP TECHNOLOGIES INC., an Oregon corporation,<br><br>                                          Defendants. | Case No.: 6:14-cv-01295-JR<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

Page 1 - NOTICE OF WITHDRAWAL
AND SUBSTIUTION OF COUNSEL

UNIVERSITY OF OREGON, a public university,

                Counter-Claimant,

vs.

DYNAMIC MEASUREMENT GROUP, INC., an Oregon corporation; Roland Good, individually; and Ruth Kaminski, individually,

                Counter-Defendants.

| | |
|---|---|
| TO: | Plaintiff Dynamic Measurement Group, Inc.; |
| AND TO: | Frederick A. Batson, Laura T. Z. Montgomery of Gleaves Swearingen Potter & Scott, LLP |
| AND TO: | William S. Strong of Kotin Crabtree & Strong, LLP; |
| AND TO: | Defendant Hop Skip Technologies Inc.; |
| AND TO: | Kenneth C. Huffman and Michelle P. Bassi of Thorp, Purdy, Jewett, Urness & Wilkinson; |

AND TO THE CLERK OF THE ABOVE-ENTITLED COURT.

      PLEASE TAKE NOTICE that James D. Nelson and Betts, Patterson & Mines, P.S., do hereby withdraw as attorneys for defendant and counter-claimant University of Oregon, defendants Mia Tuan, Edward J. Kame'enui, Francis J. Fien IV and Brad Shelton in the above matter and that Pam Kohli Jacobson and K&L Gates LLP are hereby substituted as attorneys for said counter-claimant and defendants. You are hereby directed to serve all future pleadings or papers, except process, upon said attorneys at their address below stated.

      DATED this 16th day of September, 2016.

                              K&L GATES LLP

                              By:  /s/ Pam Kohli Jacobson
                              Pam Kohli Jacobson, WSBA # 31810
                              925 Fourth Avenue, Suite 2900
                              Seattle, WA 98104
                              Phone: 206.370.7605
                              pam.jacobson@klgates.com

Withdrawing attorneys:

BETTS, PATTERSON & MINES, P.S.


By    /s/ James D. Nelson
    James D. Nelson, WSBA # 11134
One Convention Place
Suite 1400, 701 Pike Street
Seattle, WA 98101
Phone: 206.292.9988
jnelson@bpmlaw.com


Attorneys for Defendant and Counter-claimant University of Oregon and Defendants Mia Tuan, Edward J. Kame'enui, Francis J. Fien IV and Brad Shelton

Page 3 - NOTICE OF WITHDRAWAL
AND SUBSTIUTION OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, I electronically filed the University Defendants' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Frederick A. Batson
    batson@gleaveslaw.com
    Gleaves Swearingen LLP
    975 Oak Street
    Suite 800
    Eugene, OR 97401-3122

    William Strong
    wstrong@kcslegal.com
    Kotin, Crabtree & Strong, LLP
    1 Bowdoin Square Suite 800
    Boston, MA 02114-2925

    K.C. Huffman
    kchuffman@thorp-purdy.com
    Michelle Bassi
    MBassi@thorp-purdy.com
    Thorp, Purdy, Jewett, Urness & Wilkinson, P.C.
    1011 Harlow Road, Suite 300
    Springfield, OR 97477

DATED this 16th day of September, 2016.

                                                  /s/ Pam Kohli Jacobson
                                                  Pam Kohli Jacobson