Pam Kohli Jacobson, OSB #146059
pam.jacobson@klgates.com
K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7580
Facsimile:  (206) 623-7022

Attorneys for Defendant and Counter-claimant
University of Oregon, defendants Mia Tuan,
Edward J. Kame'enui, Francis J. Fien IV,
and Brad Shelton

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DYNAMIC MEASUREMENT GROUP, INC., an Oregon corporation, | Case No.: 6:14-cv-01295-JR |
| Plaintiff, | STIPULATED JOINT STATUS REPORT |
| vs. | |
| UNIVERSITY OF OREGON, a public university; MIA TUAN, individually and in her official capacity; EDWARD J. KAME'ENUI, individually and in his official capacity; FRANCIS J. FIEN IV, a/k/a Hank Fien, individually and in his official capacity; BRAD SHELTON, individually and in his official capacity; and HOP SKIP TECHNOLOGIES INC., an Oregon corporation, | |
| Defendants. | |

PAGE 1 – STIPULATED JOINT STATUS REPORT

UNIVERSITY OF OREGON, a public
university,

                        Counter-Claimant,

      vs.

DYNAMIC MEASUREMENT GROUP, INC.,
an Oregon corporation; ROLAND GOOD,
individually; RUTH KAMINSKI, individually,
AMPLIFY EDUCATION, INC., a Delaware
corporation ; and VOYAGER SOPRIS
LEARNING, Inc., a Colorado corporation

                      Counter-Defendants.

Plaintiff and Counter-Defendant Dynamic Measurement Group Inc.; Counter-Defendants Dr. Ruth Kaminski and Dr. Roland Good; Defendant and Counter-Claimant University of Oregon; Defendants Mia Tuan, Edward Kame'enui, Francis J. Fien IV, and Brad Shelton; and Defendant Hop Skip Technologies Inc. (collectively, the "Parties") hereby submit the following stipulated joint status report in accordance with the Court's Order dated August 3, 2017.  (Dkt. 201.)

Since the Parties' July 21, 2017 Additional Settlement Conference (see Dkt. 200), the Parties have continued to move toward settlement.  The Parties have continued to negotiate and confer in good faith regarding a settlement and remain optimistic that the Parties can reach a negotiated settlement.  The Parties are currently not inclined to proceed with litigation while settlement negotiations remain active and productive.  The parties jointly request that the current suspension of deadlines continue until October 16, 2017.  The parties will also keep Judge Simon apprised of their progress.

PAGE 2 – STIPULATED JOINT STATUS REPORT

DATED this 21st day of September 2017.


K&L GATES LLP


By: /s Pam Kohli Jacobson
     Pam Kohli Jacobson, WSBA # 31810
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  206.370.7605
pam.jacobson@klgates.com

Attorneys for Defendant and Counter-claimant
University of Oregon and Defendants Mia Tuan,
Edward J. Kame'enui, Francis J. Fien IV and Brad
Shelton


Frederick A. Batson
batson@gleaveslaw.com
Gleaves Swearingen LLP
975 Oak Street, Suite 800
Eugene, OR 97401-3122

William Strong
wstrong@kcslegal.com
Kotin, Crabtree & Strong, LLP
1 Bowdoin Square Suite 800
Boston, MA 02114-2925

Attorneys for Plaintiff and Counter-Defendants
Dynamic Measurement Group, Inc., Dr. Ruth
Kaminski and Dr. Roland Good


K.C. Huffman
kchuffman@thorp-purdy.com
Michelle Bassi
mbassi@thorp-purdy.com
Thorp, Purdy, Jewett, Urness & Wilkinson, P.C.
1011 Harlow Road, Suite 300
Springfield, OR 97477

Attorneys for Defendants Hop Skip Technologies
Inc.


PAGE 3 – STIPULATED JOINT STATUS REPORT

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2017 I electronically filed the Stipulated Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Frederick A. Batson
batson@gleaveslaw.com
Gleaves Swearingen LLP
975 Oak Street
Suite 800
Eugene, OR 97401-3122

William Strong
wstrong@kcslegal.com
Kotin, Crabtree & Strong, LLP
1 Bowdoin Square Suite 800
Boston, MA 02114-2925

K.C. Huffman
kchuffman@thorp-purdy.com
Michelle Bassi
mbassi@thorp-purdy.com
Thorp, Purdy, Jewett, Urness & Wilkinson, P.C.
1011 Harlow Road, Suite 300
Springfield, OR 97477

Dated at Seattle, Washington, this 21st day of September, 2017.

s/ Ryan W. Edmondson
Ryan W Edmondson

PAGE 4 – STIPULATED JOINT STATUS REPORT

500706164 v1