Pam Kohli Jacobson, OSB #146059
pam.jacobson@klgates.com
K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7580
Facsimile:  (206) 623-7022

Attorneys for Defendant and Counter-claimant
University of Oregon, defendants Mia Tuan,
Edward J. Kame'enui, Francis J. Fien IV,
and Brad Shelton

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DYNAMIC MEASUREMENT GROUP, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF OREGON, a public university; MIA TUAN, individually and in her official capacity; EDWARD J. KAME'ENUI, individually and in his official capacity; FRANCIS J. FIEN IV, a/k/a Hank Fien, individually and in his official capacity; BRAD SHELTON, individually and in his official capacity; and HOP SKIP TECHNOLOGIES INC., an Oregon corporation,<br><br>Defendants. | Case No.: 6:14-cv-01295-JR<br><br>STIPULATED JOINT STATUS REPORT |

PAGE 1 – STIPULATED JOINT STATUS REPORT

500706164 v1

| |
|---|
| UNIVERSITY OF OREGON, a public university,<br><br>       Counter-Claimant,<br><br> vs.<br><br>DYNAMIC MEASUREMENT GROUP, INC., an Oregon corporation; ROLAND GOOD, individually; and RUTH KAMINSKI, individually,<br><br>       Counter-Defendants. |

   Plaintiff and Counter-Defendant Dynamic Measurement Group Inc.; Counter-Defendants Dr. Ruth Kaminski and Dr. Roland Good; Defendant and Counter-Claimant University of Oregon; Defendants Mia Tuan, Edward Kame'enui, Francis J. Fien IV, and Brad Shelton; and Defendant Hop Skip Technologies Inc. (collectively, the "Parties") hereby submit the following statement in follow-up to their joint status report dated November 16, 2017.  (Dkt. 205.)

   The Parties have continued to negotiate and confer in good faith regarding a settlement and remain optimistic that the Parties can reach a negotiated settlement.  The Parties are currently not inclined to proceed with litigation while settlement negotiations remain active and productive.  The parties jointly request that the current suspension of deadlines continue until February 16, 2017.

PAGE 2 – STIPULATED JOINT STATUS REPORT

500706164 v1

DATED this 9th day of January 2018.

                K&L GATES LLP

                By: /s Pam Kohli Jacobson
                  Pam Kohli Jacobson, OSB # 146059
                925 Fourth Avenue, Suite 2900
                Seattle, WA  98104
                Phone:  206.370.7605
                pam.jacobson@klgates.com

                Attorneys for Defendant and Counter-claimant University of Oregon and Defendants Mia Tuan, Edward J. Kame'enui, Francis J. Fien IV and Brad Shelton


                Frederick A. Batson
                batson@gleaveslaw.com
                Gleaves Swearingen LLP
                975 Oak Street, Suite 800
                Eugene, OR 97401-3122

                William Strong
                wstrong@kcslegal.com
                Kotin, Crabtree & Strong, LLP
                1 Bowdoin Square Suite 800
                Boston, MA 02114-2925

                Attorneys for Plaintiff and Counter-Defendants Dynamic Measurement Group, Inc., Dr. Ruth Kaminski and Dr. Roland Good


                K.C. Huffman
                kchuffman@thorp-purdy.com
                Michelle Bassi
                mbassi@thorp-purdy.com
                Thorp, Purdy, Jewett, Urness & Wilkinson, P.C.
                1011 Harlow Road, Suite 300
                Springfield, OR 97477

                Attorneys for Defendants Hop Skip Technologies Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2018 I electronically filed the Stipulated Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Frederick A. Batson
batson@gleaveslaw.com
Gleaves Swearingen LLP
975 Oak Street
Suite 800
Eugene, OR 97401-3122

William Strong
wstrong@kcslegal.com
Kotin, Crabtree & Strong, LLP
1 Bowdoin Square Suite 800
Boston, MA 02114-2925

K.C. Huffman
kchuffman@thorp-purdy.com
Michelle Bassi
mbassi@thorp-purdy.com
Thorp, Purdy, Jewett, Urness & Wilkinson, P.C.
1011 Harlow Road, Suite 300
Springfield, OR 97477

Dated at Seattle, Washington, this 9th day of January, 2018.

            s/ Ryan W. Edmondson
            Ryan W Edmondson