**Frederick A. Batson**, OSB 821887
batson@gleaveslaw.com
GLEAVES SWEARINGEN LLP
P. O. Box 1147
Eugene, OR  97440
Phone:  (541) 686-8833
Fax:  (541) 345-2034

**William S. Strong -** Admitted *Pro Hac Vice*
wstrong@kcslegal.com
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA  02114
Phone: (617) 227-7031
Fax:  (617) 367-2988

      Counsel for Plaintiff Dynamic Measurement Group, Inc., and for Dr. Roland Good and Dr. Ruth Kaminski

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DYNAMIC MEASUREMENT GROUP, INC., an Oregon corporation,<br><br>      Plaintiff,<br><br>    vs.<br><br>UNIVERSITY OF OREGON, a public university; MIA TUAN, individually and in her official capacity; EDWARD J. KAME'ENUI, individually and in his official capacity; FRANCIS J. FIEN IV, a/k/a Hank Fien, individually and in his official capacity; BRAD SHELTON, individually and in his official capacity; and HOP SKIP | **Case No.  6:14-cv-01295-JR**<br><br>STIPULATED JOINT STATUS REPORT |

STIPULATED JOINT STATUS REPORT – Page 1

| |
|---|
| TECHNOLOGIES, INC., an Oregon corporation, |
|           Defendants. |
| UNIVERSITY OF OREGON, a public university, |
|           Counter-Claimant, |
|    vs. |
| DYNAMIC MEASUREMENT GROUP, INC., an Oregon corporation; ROLAND GOOD, individually; and RUTH KAMINSKI, individually, |
|           Counter-Defendants. |

     Plaintiff and Counter-Defendant Dynamic Measurement Group, Inc.; Counter-Defendants Dr. Ruth Kaminski and Dr. Roland Good; Defendant and Counter-Claimant University of Oregon; Defendants Mia Tuan, Edward Kame'enui, Francis J. Fien IV, and Brad Shelton; and Defendant Hop Skip Technologies Inc. (collectively, the "Parties") hereby submit the following statement in follow-up to their Joint Status Report dated March 5, 2018 (Docket 208).

     The parties have continued to negotiate and confer in good faith regarding a settlement and remain optimistic that they can reach a negotiated settlement. At this juncture, most of the substantive issues between Plaintiff and Defendants have been worked out, but there remain issues among Plaintiff Dynamic Measurement Group and its licensees, Amplify Education and Cambium Education Group, which are necessary for the overall settlement agreement. Progress has recently being made in addressing and/or narrowing those issues. The parties are currently not inclined to proceed with litigation while settlement negotiations remain active and productive. Their expectation that they would be able to report substantively to the Court by

///

STIPULATED JOINT STATUS REPORT – Page 2

April 1, 2018 has proved to be premature, and they request that they be granted a further suspension of proceedings until April 30, 2018.

DATED this 28th day of March, 2018.

GLEAVES SWEARINGEN LLP

By:	*/s/ Frederick A. Batson*
Frederick A. Batson, OSB 821887
batson@gleaveslaw.com
P. O. Box 1147
Eugene, OR  97440
Phone:  (541) 686-8833
Fax:  (541) 345-2034

William S. Strong
wstrong@kcslegal.com
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA  02114
Phone: (617) 227-7031
Fax:  (617) 367-2988

Attorneys for Plaintiff and Counter-Defendants Dynamic Measurement Group, Inc., Dr. Ruth Kaminski and Dr. Roland Good

Pam Kohli Jacobson
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone: (206) 370-7605
pam.jacobson@klgates.com

Attorneys for Defendant and Counter-claimant University of Oregon and Defendnats Mia Tuan, Edward J. Kame'enui, Francis J. Fien IV and Brad Shelton

///

///

///

STIPULATED JOINT STATUS REPORT – Page 3

K.C. Huffman
kchuffman@thorp-purdy.com
Michelle Bassi
mbassi@thorp-purdy.com
Thorp, Purdy, Jewett, Urness & Wilkinson, P.C.
1011 Harlow Road, Suite 300
Springfield, OR  97477

Attorneys for Defendants Hop Skip Technologies Inc.

STIPULATED JOINT STATUS REPORT – Page 4