**Frederick A. Batson**, OSB 821887
batson@gleaveslaw.com
GLEAVES SWEARINGEN LLP
P. O. Box 1147
Eugene, OR 97440
Phone: (541) 686-8833
Fax: (541) 345-2034

**William S. Strong -** Admitted *Pro Hac Vice*
wstrong@kcslegal.com
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
Phone: (617) 227-7031
Fax: (617) 367-2988

Counsel for Plaintiff Dynamic Measurement Group, Inc., and for Dr. Roland Good and Dr. Ruth Kaminski

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| DYNAMIC MEASUREMENT GROUP, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF OREGON, a public university; MIA TUAN, individually and in her official capacity; EDWARD J. KAME'ENUI, individually and in his official capacity; FRANCIS J. FIEN IV, a/k/a Hank Fien, individually and in his official capacity; BRAD SHELTON, individually and in his official capacity; and HOP SKIP | **Case No. 6:14-cv-01295-JR**<br><br>STIPULATED JOINT STATUS REPORT |

| |
|---|
| TECHNOLOGIES, INC., an Oregon corporation, |
|       Defendants. |
| UNIVERSITY OF OREGON, a public university, |
|       Counter-Claimant, |
| vs. |
| DYNAMIC MEASUREMENT GROUP, INC., an Oregon corporation; ROLAND GOOD, individually; and RUTH KAMINSKI, individually, |
|       Counter-Defendants. |

Plaintiff and Counter-Defendant Dynamic Measurement Group, Inc.; Counter-Defendants Dr. Ruth Kaminski and Dr. Roland Good; Defendant and Counter-Claimant University of Oregon; Defendants Mia Tuan, Edward Kame'enui, Francis J. Fien IV, and Brad Shelton; and Defendant Hop Skip Technologies Inc. (collectively, the "Parties") hereby submit the following statement in follow-up to their Joint Status Report dated April 30, 2018 (Docket 212).

The parties have continued to negotiate and confer in good faith regarding a settlement and are very close to reaching a negotiated settlement. At this juncture, most of the substantive issues between Plaintiff and Defendants have been worked out, but there remain a very small number of issues among Plaintiff Dynamic Measurement Group ("DMG") and its licensees, Amplify Education, Inc. ("Amplify") and Cambium Education Group ("Cambium"), which are necessary for the overall settlement agreement. DMG and Amplify have been in particularly intense negotiations over the last few weeks and progress is being made in addressing these last remaining issues.

Due to the confidential nature of the parties' ongoing negotiations, the parties respectfully request that the Court order a telephonic status conference in early June with Judge Simon.

DATED this 21st day of May, 2018.

                      GLEAVES SWEARINGEN LLP

By:   */s/ Frederick A. Batson*
      Frederick A. Batson, OSB 821887
      batson@gleaveslaw.com
      P. O. Box 1147
      Eugene, OR 97440
      Phone: (541) 686-8833
      Fax: (541) 345-2034

      William S. Strong
      wstrong@kcslegal.com
      KOTIN, CRABTREE & STRONG, LLP
      One Bowdoin Square
      Boston, MA 02114
      Phone: (617) 227-7031
      Fax: (617) 367-2988

      Attorneys for Plaintiff and Counter-Defendants Dynamic Measurement Group, Inc., Dr. Ruth Kaminski and Dr. Roland Good

      Pam Kohli Jacobson
      K&L GATES LLP
      925 Fourth Avenue, Suite 2900
      Seattle, WA 98104
      Phone: (206) 370-7605
      pam.jacobson@klgates.com

      Attorneys for Defendant and Counter-claimant University of Oregon and Defendants Mia Tuan, Edward J. Kame'enui, Francis J. Fien IV and Brad Shelton

K.C. Huffman
kchuffman@thorp-purdy.com
Michelle Bassi
mbassi@thorp-purdy.com
Thorp, Purdy, Jewett, Urness & Wilkinson, P.C.
1011 Harlow Road, Suite 300
Springfield, OR 97477

Attorneys for Defendants Hop Skip Technologies Inc.